Matter of Astacio (2018 NY Slip Op 03308)

Matter of Astacio

2018 NY Slip Op 03308 [31 NY3d 1009]

May 8, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, June 13, 2018

[*1]

In the Matter of Leticia D. Astacio, a Judge of the Rochester City Court, Monroe County.

Decided May 8, 2018

APPEARANCES OF COUNSEL

Robert F. Julian, Utica, for Hon. Leticia D. Astacio.
Robert H. Tembeckjian for New York State Commission on Judicial Conduct.

{**31 NY3d at 1010} OPINION OF THE COURT

On consideration of the continuation of this Court's April 11, 2018 suspension, with pay, of the Honorable Leticia D. Astacio from the office of Judge of Rochester City Court, Monroe County, it is determined that the suspension continue, with pay, effective immediately.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.